UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANT YOUNG,

                    Petitioner,

        -against-

LAURENCE A. PAGNONI & ASSOCIATES,
INC. and MICHAEL LEE TAYLOR,

                    Respondent.

Case No. 24-cv-05385 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 17, 2024, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which he intends to support his petition to confirm by **August 2, 2024**. Respondents' opposition, if any, is due on **August 16, 2024**. Petitioner's reply, if any, is due **August 23, 2024**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **August 2, 2024**, and shall file an affidavit of such service with the court no later than **August 6, 2024**.

SO ORDERED.

Dated: July 18, 2024
        New York, New York

_____
JENNIFER L. ROCHON
United States District Judge