UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GRANT YOUNG,

                    Petitioner,                                    24 **CIVIL** 5385 (JLR)

       -against-                                            **JUDGMENT**

LAURENCE A. PAGNONI &
ASSOCIATES, INC., and MICHAEL LEE
TAYLOR, individually,

                    Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 8, 2024, the Court GRANTS Petitioner's unopposed Petition to confirm the Award. Judgment is entered in favor of Petitioner and against Respondents as follows: a) The Arbitration Award and Order dated February 21, 2024, is confirmed; b) Respondents are ordered to pay Petitioner $99,435.00, representing 125% of $79,548.00, as well as interest of 9% from February 1, 2024, until the date of the Order for the total interest amount of $6,889.62; c) Petitioner is awarded reasonable attorneys' fees and costs for bringing this action, in the amount of $8,360.00 in attorneys' fees and $551.35 in costs. Accordingly, the case is closed.

**Dated**: New York, New York
            November 19, 2024

                                                                          **DANIEL ORTIZ**
                                                                 **Acting Clerk of Court**

                                            **BY:**
                                                                _____
                                                                        **Deputy Clerk**